**UNITED STATES of America,
Appellee,**

v.

**Anacleto P. GUTIERREZ, Appellant.**

**No. 25654.**

United States Court of Appeals,
Ninth Circuit.

Oct. 15, 1970.

Frederick L. Hetter, San Diego, Cal.,
for appellant.

Harry D. Steward, U. S. Atty., Kevin
J. McInerney, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before BARNES and KOELSCH,
Circuit Judges, and BYRNE,* District
Judge:

PER CURIAM:

The judgment convicting Anacleto P.
Gutierrez of smuggling and conspiring to
smuggle marihuana into the United
States in violation of 21 U.S.C. § 176a, is
affirmed.

The evidence is sufficient to support
the finding of Gutierrez' guilt on both
counts; none of the assigned procedural
errors has merit, and the record reveals
no unusual circumstances sufficient to
show that the trial judge in fixing the
statutorily permissible sentence abused
his discretion.